**ROBERT R. HENSSLER JR.**
California State Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
email: Robert_Henssler@fd.org

Attorneys for Ms. Valdez-Valenzuela

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ8239 |
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION FOR ORDER TO CONTINUE HEARING |
| DIANA VALDEZ-VALENZUELA, | ) | |
| Defendant. | ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Robert R. Henssler, Jr., and Federal Defenders of San Diego, Inc., counsel for Ms. Valdez-Valenzuela, along with Assistant United States Attorney Mark Conover, that the hearing currently set for April 29, 2008 at 9:30 a.m. be continued until May 8, 2008 at 9:30 a.m.

Respectfully submitted,

/s/ *Robert R. Henssler, Jr.*

Dated: April 21, 2008

**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Valdez-Valenzuela

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Mark Conover
U S Attorneys Office Southern District of California
Email: Mark.Converr@usdoj.gov

Dated: April 21, 2008        */s/ Robert R. Henssler, Jr.*
ROBERT R. HENSSLER, JR.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Robert_Henssler@fd.org